**No. 10-5871. Norman Reid, Petitioner v. Michelle R. Ricci, Associate Administrator, New Jersey State Prison, et al.**

562 U.S. 969, 131 S. Ct. 473, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 8052.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5879. Robert L. Davis, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 969, 131 S. Ct. 473, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 8058.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5897. Patrick H. Randle, Petitioner v. Howard Skolnik, Director, Nevada Department of Corrections, et al.**

562 U.S. 969, 131 S. Ct. 474, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 8015.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 604 F.3d 1047.

**No. 10-5899. Naomi McCray, Petitioner v. Wal-Mart Stores, Inc., et al.**

562 U.S. 969, 131 S. Ct. 474, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 8008, ▮

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 377 Fed. Appx. 921.

**No. 10-5916. Edward Dane Jeffus, Petitioner v. D. B. Drew, Warden.**

562 U.S. 969, 131 S. Ct. 474, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 8051.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 377 Fed. Appx. 963.

**No. 10-5924. David Wayne Bailey, Petitioner v. Texas.**

562 U.S. 969, 131 S. Ct. 475, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 7971.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-5930. Ali Sabri Jawad Al-Timimi, Petitioner v. Andrew Jackson, Warden.**

562 U.S. 969, 131 S. Ct. 475, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 8102.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 379 Fed. Appx. 435.